In the Matter of the Claim of ROSE BLAU, Respondent, against GOLDSHARE RESTAURANT et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal by employer and its insurance carrier from an award of death benefits made by the Workmen's Compensation Board to the widow of a deceased employee. Decedent sustained accidental injuries in the course of

his employment and thereafter committed suicide. The testimony was sufficient to raise an issue of fact as to whether he destroyed himself as a result of mental derangement caused by his accidental injuries, or whether his suicide was merely the result of a willful intention to take his own life. (*Matter of Delinousha* v. *National Biscuit Co.*, 248 N. Y. 93; Workmen's Compensation Law, § 10.) The board resolved the issue in favor of complaint. Award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Foster, P. J., Heffernan, Deyo, Bergan and Coon, JJ.